IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION



ARELIUS ROBORETELLO SMILEY,  )
)
Petitioner, ) Case No. 7:09CV00345
)
v. )
) **FINAL ORDER**
)
LYNCHBURG ADULT DETENTION ) By: Glen E. Conrad
CENTER, COMMONWEALTH OF ) United States District Judge
VIRGINIA, )

Respondents.

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

ENTER: This 12th day of August, 2009.

United States District Judge